OPINION — AG — ** SCHOOL SUPERINTENDENTS — SALARY ** (1) THE SALARY INCREASES PROVIDED FOR SCHOOL SUPERINTENDENTS IN PARAGRAPH (A) OF HOUSE BILL NO. 1292 (19 O.S. 180.63 [19-180.63]) 'ARE' PERMISSIVE BY NOT MANDATORY. (2) THE SALARY INCREASES PROVIDED FOR FOR COUNTY SCHOOL SUPERINTENDENTS IN PARAGRAPH (B) OF HOUSE BILL NO. 1292 (19 O.S. 180.63 [19-180.63]) ARE MANDATORY AND NOT MERELY PERMISSIVE. (WAGES, SALARY CLASSIFICATIONS, PAY INCREASES, COUNTY OFFICERS) CITE: 19 O.S. 180.61 [19-180.61], 19 O.S. 180.62 [19-180.62], 19 O.S. 180.63 [19-180.63], 19 O.S. 180.64 [19-180.64](A) OPINION NO. 81-229 (NEAL LEADER)